

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Stanley Lee Williams,

Vs. No. 11-14-00348-CR

The State of Texas,

* From the 106th District Court
  of Dawson County,
  Trial Court No. 13-7337.

* December 15, 2016

* Memorandum Opinion by Wright, C.J.
  (Panel consists of: Wright, C.J.,
  Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.